UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) NO. 3:22-cr-00307-2
)
ALISON WILLIAMS ) JUDGE RICHARDSON
)

## ORDER

The Government has filed a Motion to Dismiss (Doc. No. 85), wherein the Government

requests that the Court dismiss with prejudice the Indictment (Doc. No. 1) with respect to Defendant

Alison Williams ("Williams").[1] The Indictment contains three counts. Willaims's co-defendant

(Tyler Verge) is charged only in Counts One and Two, and Williams is charged only in Count Three;

Count Three charges Williams with making a false statement in the acquisition of a firearm, in

violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2). In support of the request for dismissal of the

Indictment with respect to Williams (i.e., the dismissal of the Count Three), the Government writes:

> The United States has considered the facts of this case and consulted with the
> United States Probation Office regarding the defendant's performance while on
> supervision. Based upon those reviews, and consistent with the provisions of the
> parties' pretrial diversion agreement at D.E. 76, the United States has determined that
> the Indictment should be dismissed. Fed. R. Crim. P. 48(a).

(Doc. No. 85 at 1).

The Court acknowledges the Government's prerogative, under basic principles of federal

governance, to decide whether and when to cease an ongoing prosecution. Moreover, justice would

be (to say the least) well served by dismissal of charges where (as here) the applicable circumstances

show that the defendant has earned dismissal of the charges under the parties' pretrial diversion

agreement  Furthermore, Williams has not voiced opposition to the Motion to Dismiss and is (to say

the least) exceedingly unlikely to do so. Accordingly, the Motion (Doc. No. 85) is well taken and is

[1] The Motion to Dismiss does not concern the dismissal of the Indictment as to Williams's co-defendant Verge, who
was charged (by himself) in Counts 1 and 2, pled guilty to those counts, and has already been sentenced on those counts.

Case 3:22-cr-00307 Document 86 Filed 06/17/26 Page 1 of 2 PageID #: 259

hereby **GRANTED**. Accordingly, the Indictment in this case (Doc. No. 1) is **DISMISSED** with prejudice as to Williams.

All charges against both Defendants now having been resolved in full, the Clerk is directed to close the file.

IT IS SO ORDERED.


_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE